UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6034 (DEA) |
| GREGORY DEAS AND KYSHON WILLIAMS | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric Suggs, Assistant United States Attorney), and defendant Gregory Deas (by Andrea Bergman, Esq., counsel for the defendant), for an order granting a continuance of the proceedings in the above-captioned matter from October 11, 2022 through January 8, 2023, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and one prior continuance having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this  11th  day of October, 2022,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from October 11, 2022, through and including January 8, 2023;

**IT IS FURTHER ORDERED** that the period from October 11, 2022 through and including January 8, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

3

Consented and Agreed By:

_____
Andrea Bergman
Assistant Federal Public Defender
*Counsel for Defendant*


s/ *Eric Suggs*_____
Eric Suggs
Assistant United States Attorney